ACCEPTED
04-15-00390-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/4/2015 5:29:36 PM
KEITH HOTTLE
CLERK

NO.   04-15-00390-CR

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/04/15 5:29:36 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **FOURTH COURT** |
| | § | |
| **REBECCA FAYELAYNE** | § | **OF APPEALS** |
| **NELSON** | § | |

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Rebecca Fayelayne Nelson, Appellant in the above styled and numbered cause, and moves this Court to grant a second extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 216th Judicial District Court of Kerr County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. Rebecca Fayelayne Nelson, and numbered 5543.

3.     Appellant was convicted of Driving While Intoxicated (Child Passenger).

4.     Appellant was assessed a sentence of 2 years State Jail, probated for 2 years on June 11, 2015.

5.     Notice of appeal was given on June 25, 2015.

6. The clerk's record was filed on September 9, 2015; part of the reporter's record was initially filed on July 30, 2015, and the last part of the reporter's supplemental record was recently filed on August 31, 201.

7. Appellant's brief was originally due on October 9, 2015. Appellant had requested and received an extension of 55 days from the original due date. As such, Appellant's brief presently due on December 2, 2015.

8. Appellant requests a second extension of time of 30 days from the present appellate brief due date of December 2, 2015, or 58 days from the date of this motion (i.e. January 2, 2015).

9. This is Appellant's second request for an extension of time in which to file Appellant's brief, and only one other request and/or motion to extend time to file the Appellant's brief has been requested and received in the above styled and numbered cause. In the event that this Honorable Court would grant this second request for an extension of time in which to file Appellant's brief, it would amount in a total extension requested and received of eighty-five (85) days from the original due date of Appellant's brief, which was October 9, 2015.

10. As undersigned counsel I have spoken to John Hoover, Assistant District Attorney for the 216th District Attorney's Office, this date and he does not have an objection too Appellant's Second Motion to Extend Time to File Appellant's Brief.

11. Defendant is currently free on bond.

12. Appellant relies on the additional following facts as good cause for the requested extension:

As undersigned counsel I have numerous court settings and a mediation scheduled for the month of November 2015, along with the upcoming Thanksgiving holiday, and trial preparation for a jury trial scheduled to begin on Tuesday, December 8, 2015, which will make it difficult to thoroughly review the clerk's and court reporter's records and complete Appellant's brief on or before December 2, 2015. Further, I presently have scheduled depositions on a current civil case on December 1, 2015, and I am scheduled to be out of town beginning on the afternoon of Wednesday, December 2, 2015, through Saturday, December 5, 2015, attending a seminar and board meeting for the Texas Criminal Defense Lawyers Association (TCDLA). I am currently a member of the board of directors for Texas Criminal Defense Lawyers Educational Institute (TCDLEI), and on the Criminal Defense Lawyers Project (CDLP) and Nominations committee for TCDLA, which requires my attendance at said committee meetings scheduled for Saturday, December 5, 2015. Further, upon returning from said board and committee meetings I have a jury trial scheduled to begin in the 452nd District Court, McCulloch County, Texas, on Tuesday, December 8, 2105, which is expected to last through most of Thursday and/or Friday of that week. Upon

completion of said jury trial, I have multiple court settings the following week, and I am scheduled to be out of town on vacation from Friday, December 18, 2015, through Monday, December 21, 2015. Therefore, due to these numerous upcoming court and docket settings, my currently scheduled obligations and jury trial, for the months of November and December 2015, I do not believe that I will have sufficient time to review all portions of the court reporter's and clerk's record, and prepare and complete Appellant's brief to be submitted and filed in the above styled and numbered cause, on or before December 2, 2015. I am currently making this request for an additional extension of time, out of an abundance of caution, because of the foregoing circumstances, such that I can have adequate time to complete and file Appellant's brief in the above styled and numbered cause.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Honorable Court grant this Second Motion Too Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Offices of Jesko & Steadman
612 Earl Garrett
Kerrville, Texas 78028
Tel: (830) 257-5005
Fax: (830) 896-1563

By:_____
Clay B. Steadman
State Bar No. 00785038
jesksted@ktc.com
Attorney for Rebecca Fayelayne Nelson

## CERTIFICATE OF SERVICE

This is to certify that on November 4, 2015, a true and correct copy of the above and foregoing document was served on the 216th District Attorney's Office, 200 Earl Garrett Street, Suite #202, Kerrville, Texas 78028, by fax to (830) 896-2620.

_____
Clay B. Steadman

**STATE OF TEXAS** §
§
**COUNTY OF KERR** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Clay B. Steadman, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Second Motion to Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct to the best of my knowledge."

_____
Clay B. Steadman
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on November 4, 2015, to certify which witness my hand and seal of office.



Debbie Kay Galindo
My Commission Expires
07/05/2016

_____
Notary Public, State of Texas